AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| | ) | (For **Revocation** of Probation or Supervised Release) |
| v. | ) | |
| Andrew Urbina | ) | USDC Case Number: CR-19-00121-001 BLF |
| | ) | BOP Case Number: DCAN519CR00121-001 |
| | ) | USM Number: 25552-111 |
| | ) | Defendant's Attorney: Sophia Whiting (AFPD) |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s): <u>One, Two, Three, Four, and Five of the Amended Petition filed on May 20, 2024.</u>

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failed to Refrain from Any Unlawful Use of a Controlled Substance | July 27, 2021 |
| Two | Failed to Participate in a Program of Testing and Treatment for Drug Abuse | July 29, 2022 |
| Three | Failed to Report to the Probation Officer as Instructed | January 26, 2023 |
| Four | Failed to Report to the Probation Officer as Instructed | March 9, 2023 |
| Five | Failed to Live at a Place Approved by the Probation Officer | May 16, 2024 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge <u>___</u> is dismissed on motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>8599</u>

Defendant's Year of Birth: <u>1990</u>

City and State of Defendant's Residence:
<u>San Francisco, California</u>

8/13/2024
Date of Imposition of Judgment

*/s/ Beth Labson Freeman*
Signature of Judge

The Honorable Beth Labson Freeman
United States District Judge
Name & Title of Judge

August 14, 2024
Date Signed

DEFENDANT: Andrew Urbina  Judgment - Page 2 of 2
CASE NUMBER: CR-19-00121-001 BLF

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Six (6) months imprisonment, no supervised release to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at: _____ ☐ am ☐ pm

    ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL